

6905 Green Bay Road, Suite 101
Kenosha, WI 53142

T: +1 262.694.7300
F: +1 262.694.7301
www.lakelaw.com

August 31, 2011

Chief Judge Charles N. Clevert, Jr.
United States District Court for the Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

      Re:      Lindskog v. M&I Bank
      Case No.:      11-cv-00476-CNC

Dear Judge Clevert:

After the conclusion of our briefing schedule, our firm received notice of a decision on point from the Bankruptcy Appellate Panel for the Eight Circuit. The decision, Fisette v. Keller, No. 11-6012 (8th Cir. BAP, August 29, 2011) may prove relevant to the case at hand.

By copy of this correspondence, a copy of the Opinion of Judge Schermer shall be transmitted to opposing counsel as well as our client.

                Sincerely,

                Ryan Blay
                Lakelaw

Enc.

Cc.:    David P. Leibowitz
        Eric S Teske
        Jeannie Lindskog