

6905 Green Bay Road, Suite 101
Kenosha, WI 53142

T: +1 262.694.7300
F: +1 262.694.7301
www.lakelaw.com

October 4, 2011,

Chief Judge Charles N. Clevert, Jr.
United States District Court for the Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

      Re:      Lindskog v. M&I Bank
      Case No.:  11-cv-00476-CNC

Dear Judge Clevert:

    Our firm has received notice of another decision on point from a bankruptcy court in Florida. This was decided after the briefing schedule was completed and, while not friendly to the position of our client, is one which we wished your honor to have available to you.
    By copy of this correspondence, a copy of the Opinion of Judge Olson shall be transmitted to opposing counsel as well as our client.

                                Sincerely,

                                Ryan Blay
                                Lakelaw

Enc.

Cc.:  David P. Leibowitz
       Eric S Teske
       Jeannie Lindskog