

6905 Green Bay Road, Suite 101
Kenosha, WI 53142

T: +1 262.694.7300
F: +1 262.694.7301
www.lakelaw.com

March 10, 2012

Chief Judge Charles N. Clevert, Jr.
United States District Court for the Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

      Re:      Lindskog v. M&I Bank
      Case No.:  11-cv-00476-CNC

Dear Judge Clevert:

This correspondence is to bring to the court's attention an Order from another District Court, this time in California, allowing lien stripping in a situation similar to the one presented by the Appellant in this matter. This memorandum and order was rendered after our most recent correspondence to the court.

      Sincerely,

      Ryan Blay
      Lakelaw

Enc.:  Memorandum and Order – In re Phillip Leslie Frazier and Jennifer Jo Frazier

Cc.:  David P. Leibowitz via CM/ECF
      Eric S Teske via CM/ECF
      Jeannie Lindskog